Royal F. Oakes (SBN 080480)
roakes@mail.hinshawlaw.com
Michael A.S. Newman (SBN 205299)
mnewman@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
American Income Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CLUTE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN INCOME LIFE INSURANCE COMPANY, and Indiana Corporation licensed to do business in California; SATBIR SINGH, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00847-JAM-EFB<br><br>**STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES; ORDER**<br><br>Complaint Filed: January 23, 2015<br><br>Trial Date: October 3, 2016 |

Plaintiff William Clute and Defendant American Income Life Insurance Company ("parties"), by and through their respective counsel, hereby stipulate to a brief continuance of pre-trial dates and the trial date to accommodate the parties' schedules and to promote efficiency and economy.

Pursuant to this Court's Scheduling Order, the following dates and deadlines are currently in place: March 11, 2016, designation of experts; March 18, 2016, designation of rebuttal experts; May 13, 2016, discovery cutoff; June 14, 2016, last day to file motions for summary judgment; July 12, 2016, last day to schedule hearings on motions for summary judgment; August 19, 2016, pretrial order due; August 26, 2016, pretrial conference; and October 3, 2016, trial.

The parties have conferred and wish to participate in a mediation session conducted by a private neutral during the month of April 2016.  The parties believe a small number of key depositions can be taken prior to the mediation session, but that without the requested continuance of dates and deadlines, the parties would be required to devote extensive time and financial energy, which resources will not be necessary, if the matter resolves at mediation.

Accordingly, the parties request an extension of approximately sixty days of the following dates and deadlines:

Expert Discovery Disclosure Deadline:    From March 11, 2016 to May 13, 2016

Rebuttal Expert Disclosure Deadline:  from March 18, 2016 to June 3, 2016

Discovery Cutoff:  From May 13, 2016 to July 15, 2016

Deadline for Filing of Motions for Summary Judgment :  From June 14, 2016 to August 9, 2016

Deadline for Hearing of Motions for Summary Judgment:  From July 12, 2016 to September 6, 2016 at 1:30 p.m.

Joint Pretrial Statement Due:  From August 19, 2016 to October 14, 2016

Pre-Trial Conference:  From August 26, 2016 to October 21, 2016 at 11:00 a.m.

Jury Trial:  from October 3, 2016 to December 5, 2016 at 9:00 a.m.

DATED: February 26, 2016                    MICHAEL HEWITT

By: /s/ Michael Hewitt
Michael Hewitt
Attorneys for Plaintiff
WILLIAM CLUTE

DATED: February 26, 2016                    HINSHAW & CULBERTSON LLP

By: /s/ Royal F. Oakes
Royal F. Oakes
Michael A.S. Newman
Attorneys for Defendant
Metropolitan Life Insurance Company

## ORDER

Pursuant to the above stipulation and good cause appearing therefor, the Court orders the pre-trial dates and trial date continued as requested.

IT IS SO ORDERED.

DATED: 3/1/2016

                                        /s/ John A. Mendez
                                        U. S. District Court Judge